UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-MJ-771-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| EMMANUEL GOINS, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on November 5, 2007.

DATED this _7th_ day of January, 2008.

GREGORY A. BROWER
United States Attorney

/s/ Russell E. Marsh
For:   RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this _31st_ day of _March_ 2011.

_Robert J. Johnston_
ROBERT J. JOHNSTON
United States Magistrate Judge